DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN MARTINEZ-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00130 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| JUAN MARTINEZ-RUIZ, ) | |
| Defendant. ) | Date:  June 12, 2008 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel S. Mckonkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's June 12, 2008, calendar, that it be continued until June 26, 2008, at 9:00 a.m., and that time be excluded between June 12, 2008, and June 26, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1    This continuance is sought in order to permit further consultation
2    with Mr. Martinez regarding a proposed disposition presented by the
3    government.

4    **IT IS SO STIPULATED.**

5

6   Dated:  June 10, 2008              /S/ Daniel S. Mckonkie, Jr.
                                       DANIEL S. McKONKIE, JR.
7                                      Assistant United States Attorney
                                       Counsel for Plaintiff
8

9
    Dated:  June 10, 2008              /S/ Jeffrey L. Staniels
10                                     JEFFREY L. STANIELS
                                       Assistant Federal Defender
11                                     Counsel for Defendant
                                       JUAN MARTINEZ-RUIZ
12

13                               **O R D E R**

14
         **IT IS SO ORDERED.**
15

16
     Dated: June 13, 2008
17

18                                     _____
                                       MORRISON C. ENGLAND, JR.
19                                     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Stipulation & Order
Continuing Case and Excluding Time      2