1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6
   Attorney for Defendant
7  JUAN MARTINEZ-RUIZ

8

9
                  IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,       )  No. 2:08-cr-00130-MCE
14                                 )
                Plaintiff,         )
15                                 )  STIPULATION AND ORDER CONTINUING
        v.                         )  CASE AND EXCLUDING TIME
16 JUAN MARTINEZ-RUIZ,             )
                                   )
17              Defendant.         )  Date:  June 26, 2008
                                   )  Time:  9:00 a.m.
18 _____ )  Judge: Hon. Morrison C. England, Jr.
                                   )
19

20

21      **IT IS HEREBY STIPULATED** by and between Assistant United States

22 Attorney Daniel S. Mckonkie, Jr., counsel for Plaintiff, and Assistant

23 Federal Defender Jeffrey L. Staniels, counsel for Defendant that the

24 above case be dropped from this court's June 26, 2008, calendar, that

25 it be continued until July 24, 2008, at 9:00 a.m., and that time be

26 excluded between June 26, 2008, and July 24, 2008, pursuant to 18

27 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

28 ///

1    This continuance is sought due to the unavailability for medical
2 reasons of defense counsel.
3    **IT IS SO STIPULATED**.
4
5 Dated:  June 24, 2008          /S/ Daniel S. Mckonkie, Jr.
                                 DANIEL S. McKONKIE, JR.
6                                Assistant United States Attorney
                                 Counsel for Plaintiff
7
8
  Dated:  June 24, 2008          /S/ Jeffrey L. Staniels
9                                JEFFREY L. STANIELS
                                 Assistant Federal Defender
10                               Counsel for Defendant
                                 JUAN MARTINEZ-RUIZ
11
12                         **O R D E R**
13
       **IT IS SO ORDERED**.
14
15  Dated: June 30, 2008
16
17                               _____
                                 MORRISON C. ENGLAND, JR.
18                               UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28

Stipulation & Order
Continuing Case and Excluding Time     2