DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUAN MARTINEZ-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JUAN MARTINEZ-RUIZ,<br><br>           Defendant. | No. 2:08-cr-0130 MCE<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date: June 26, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

     **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel S. Mckonkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's July 24, 2008, calendar, that it be continued until September 11, 2008, at 9:00 a.m., and that time be excluded between July 24, 2008, and September 11, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

     This continuance is sought in order to permit further review of discovery with the defendant and consultation regarding a proposed disposition presented by the government.

//

**IT IS SO STIPULATED.**

Dated:  July 23, 2008         /S/ Daniel S. Mckonkie, Jr.
                                                  DANIEL S. McKONKIE, JR.
                                                  Assistant United States Attorney
                                                  Counsel for Plaintiff


Dated:  July 23, 2008         /S/ Jeffrey L. Staniels
                                                  JEFFREY L. STANIELS
                                                  Assistant Federal Defender
                                                  Counsel for Defendant
                                                  JUAN MARTINEZ-RUIZ

## O R D E R

**IT IS SO ORDERED.**

Dated:  August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time         2