```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6
   Attorney for Defendant
7  JUAN MARTINEZ-RUIZ

8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0130 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE AND EXCLUDING TIME |
| JUAN MARTINEZ-RUIZ, | ) |
| | ) |
| Defendant. | ) Date: September 11, 2008 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England, Jr. |
| | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel S. Mckonkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's September 11, 2008, calendar, that it be continued until, October 16, 2008, at 9:00 a.m., and that time be excluded between September 11, 2008, and October 16, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit further review of

discovery with the defendant and consultation regarding a proposed disposition presented by the government.

**IT IS SO STIPULATED**.

Dated:  September 10, 2008      /S/ Daniel S. McKonkie, Jr.
                                DANIEL S. McKONKIE, JR.
                                Assistant United States Attorney
                                Counsel for Plaintiff


Dated:  September 10, 2008      /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Counsel for Defendant
                                JUAN MARTINEZ-RUIZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 11, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time      2