```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN MARTINEZ-RUIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00130 MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| JUAN MARTINEZ-RUIZ, | ) | |
| Defendant. | ) | Date: October 14, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel S. McConkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's October 16, 2008, calendar, that it be continued until October 29, 2008, at 9:00 a.m., and that time be excluded between October 16, 2008, and October 29, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit further review of discovery with the defendant and consultation regarding a proposed disposition presented by the government.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 14, 2008 | /S/ Daniel S. McKonkie, Jr. |
| 3 | | DANIEL S. McKONKIE, JR.<br>Assistant United States Attorney<br>Counsel for Plaintiff |

Dated: October 14, 2008        /S/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Counsel for Defendant
                               JUAN MARTINEZ-RUIZ

**O R D E R**

**IT IS SO ORDERED.**

Dated: October 15, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE