DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JUAN MARTINEZ-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JUAN MARTINEZ-RUIZ,<br><br>　　　　　　Defendant.<br>_____ | No. 2:08-cr-00130-MCE<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:　October 29, 2008<br>Time:　9:00 a.m.<br>Judge:　Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel S. McConkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's October 29, 2008, calendar, that it be continued until November 20, 2008, at 9:00 a.m., and that time be excluded between October 29, 2008, and November 20, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit further review of discovery with the defendant and consultation regarding a proposed disposition presented by the government.

///

1  **IT IS SO STIPULATED.**

2

3  Dated:  October 28, 2008          /S/ Daniel S. McKonkie, Jr.
                                     DANIEL S. McKONKIE, JR.
4                                    Assistant United States Attorney
                                     Counsel for Plaintiff
5

6
   Dated:  October 28, 2008          /S/ Jeffrey L. Staniels
7                                    JEFFREY L. STANIELS
                                     Assistant Federal Defender
8                                    Counsel for Defendant
                                     JUAN MARTINEZ-RUIZ
9

10                      **O R D E R**

11
       **IT IS SO ORDERED.**
12

13

14  Dated:  October 28, 2008

15                                   _____
                                     MORRISON C. ENGLAND, JR.
16                                   UNITED STATES DISTRICT JUDGE