```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6
    Attorney for Defendant
 7  JUAN MARTINEZ-RUIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00130-MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| JUAN MARTINEZ-RUIZ, | ) | |
| Defendant. | ) | Date: November 20, 2008 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel S. McConkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's November 20, 2008, calendar, that it be continued until December 18, 2008, at 9:00 a.m., and that time be excluded between November 20, and December 18, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to permit further consultation with the defendant regarding a proposed disposition presented by the government.

///

**IT IS SO STIPULATED.**

Dated:  November 17, 2008        /S/ Daniel S. McKonkie, Jr.
DANIEL S. McKONKIE, JR.
Assistant United States Attorney
Counsel for Plaintiff

Dated:  November 17, 2008        /S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Counsel for Defendant
JUAN MARTINEZ-RUIZ

**O R D E R**

**IT IS SO ORDERED.**

Dated:  November 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2