1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2
    JEFFREY L. STANIELS, Bar #91413
3   Assistant Federal Defender
    Designated Counsel for Service
4   801 I Street, 3rd Floor
    Sacramento, California 95814
5   Telephone: (916) 498-5700

6
    Attorney for Defendant
7   JUAN MARTINEZ-RUIZ

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,        )   No. 2:08-cr-00130 MCE
14                                   )
            Plaintiff,                )
15                                   )   STIPULATION AND ORDER CONTINUING CASE
        v.                           )   AND EXCLUDING TIME
16  JUAN MARTINEZ-RUIZ,              )
                                     )
17          Defendant.                )   Date:  December 18, 2008
                                     )   Time:  9:00 a.m.
18  _____   )   Judge: Hon. Morrison C. England, Jr.
                                     )
19

20

21      **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel S.

22  McConkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for

23  Defendant that the above case be dropped from this court's December 18, 2008, calendar, that it be

24  continued until January 29, 2009, at 9:00 a.m., and that time be excluded between December 18,2008, and

25  January 29, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

26      This continuance is sought in order to permit receipt of further information concerning a pertinent

27  prior conviction and further consultation with the defendant regarding a proposed disposition presented by

28  the government.

**IT IS SO STIPULATED.**

Dated:  December 17, 2008        /S/ Daniel S. McKonkie, Jr.
                                  DANIEL S. McKONKIE, JR.
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Dated:  December 17, 2008        /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  JUAN MARTINEZ-RUIZ

**O R D E R**

**IT IS SO ORDERED.**

Dated:  December 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE